IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:11-CV-713-FL

| | |
|---|---|
| DENISE LYNN HUGGINS,<br><br>      Plaintiff,<br><br>v.<br><br>WALMART STORE #3595 and NICKY LENNON (DM),<br><br>      Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Defendants' Motion to Stay Discovery filed on March 15, 2012. Having carefully considered the motion, the record, and applicable authority, the undersigned will **GRANT** the motion.

**IT IS, THEREFORE, ORDERED** that (1) all discovery is STAYED in this case pending the Court's ruling on Defendants' Motion to Dismiss; (2) the deadlines and requirements set forth in Federal Rules 16 and 26, Local Rule 26.1, and the Court's Initial Order Regarding Planning and Scheduling are SUSPENDED pending the Court's ruling on Defendants' Motion to Dismiss; and (3) following this Court's disposition of Defendants' Motion to Dismiss, the parties shall, within twenty-one (21) days thereafter, confer regarding a Rule 26(f) discovery plan and file a proposed discovery plan and exchange mandatory initial disclosures both within fifteen (15) days after the 26(f) conference.

Dated: 3-20-2012

/s/ Louise W. Flanagan
United States Judge