IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:11-CV-713-FL

| DENISE LYNN HUGGINS, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| WAL-MART STORES EAST, L.P., | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Wal-Mart Stores East, L.P.'s Motion to Stay Discovery filed on August 22, 2012. Having carefully considered the motion, Plaintiff's response, the record, and applicable authority, the undersigned GRANTS the motion.

**IT IS, THEREFORE, ORDERED** that (1) all discovery is STAYED in this case pending the Court's ruling on Defendant Wal-Mart Stores East, L.P.'s Motion to Dismiss Plaintiff's Amended Complaint, which is set to be filed on August 27, 2012; (2) the deadlines and requirements set forth in Federal Rules 16 and 26, Local Rule 26.1, and the Court's March 20, 2012 Order are SUSPENDED pending the Court's ruling on Walmart's Motion to Dismiss Plaintiff's Amended Complaint; and (3) if there are any remaining claims to be decided, then the Parties shall, within twenty-one (21) days following this Court's disposition of Walmart's Motion to Dismiss, confer regarding a Rule 26(f) discovery plan, and, within fifteen (15) days after the 26(f) conference, file a proposed discovery plan and exchange mandatory initial disclosures.

Dated: August 27, 2012

LOUISE W. FLANAGAN
United States District Judge