IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. : 5:11-CV-713-FL

| DENISE LYNN HUGGINS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| WAL-MART STORES EAST, L.P. | ) | |
| and NICKY LENNON, District Manager, | ) | |
| | ) | |
| Defendants. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. Further, the court suspends requirement for any further response to defendant Wal-Mart Stores East, L.P.'s motion to dismiss filed August 27, 2012 [DE # 44] until after this court has addressed any such motion to reopen the case, after which a new briefing schedule will be ordered. **The parties are directed to file their Stipulation of Dismissal With Prejudice on or before Tuesday, October 9, 2012.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 12th day of September, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge